UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**United States of America,**

**Plaintiff,**

    **-v-**                               **5:12-CV-770 (NAM/ATB)**

**John Thomas, Jr.,**

**Defendant.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Meggesto, Crossett & Valerino, LLP
Gary J. Valerino, Esq., of counsel
313 East Willow Street
Suite 201
Syracuse, New York 13203
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

The United States of America moves (Dkt. No. 10) for default judgment in this action to
recover monies owed by defendant on a student loan. On November 2, 2012, the Government
obtained a Clerk's Entry of Default (Dkt. No. 9). The amended Complaint (Dkt. No. 5), attorney
affidavit, and the certificate of indebtedness establish the amount due and defendant's
nonpayment. Plaintiff has demonstrated its entitlement to the relief sought.

The record shows that on Loan 1 defendant is indebted to plaintiff in the principal
sum of $983.75, plus interest through December 7, 2012 the sum of $1,916.99 for a total of
$2,900.74. The record further shows that on Loan 2 defendant is indebted to plaintiff in the
principal sum of $2,580.75, plus interest through December 7, 2012 in the sum of $5,028.93, for a

total of $7,609.68.   The total sum due for both loans is $10,510.42.

It is therefore

ORDERED that plaintiff have default judgment against defendant for the sum of

$10,510.42.

IT IS SO ORDERED.

Date:   February 19, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge